UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

DAVARIOL MARQUAVIS TAYLOR,

      Plaintiff,

v.

UNKNOWN STEVENS et al.,

      Defendants.
_____/

Case No. 2:24-cv-178

Honorable Ray Kent

## ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES

In accordance with the opinion entered this day:

**IT IS ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

Dated:  December 2, 2024

/s/ Ray Kent
Ray Kent
United States Magistrate Judge