UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

DAVARIOL MARQUAVIS TAYLOR,

        Plaintiff,

Case No. 2:24-cv-178

v.

Honorable Ray Kent

UNKNOWN STEVENS et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that pursuant to 28 U.S.C. § 1915(g), Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to refile his complaint as a new action in this Court with the full civil action filing fees.

Dated:   December 2, 2024          /s/ Ray Kent
                                                              Ray Kent
                                                             United States Magistrate Judge